**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERICK BERNABE HERNANDEZ GARCIA,

Plaintiff, 26 **CIVIL** 9609 (JPO)

-against- **<u>JUDGMENT</u>**

RAUL MALDONADO, JR., et al.,

Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 13, 2026, and the Court's Text Only Order dated November 13, 2026, the petition for a writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
November 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**